IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD D. CONLEY,<br><br>        Plaintiff,<br><br>   v.<br><br>US PROBATION OFFICER JARROD R. KENNELLY,<br><br>        Defendant.                         / | No. C 09-00836 CW (PR)<br><br>ORDER REGARDING IN FORMA PAUPERIS MOTION |

Plaintiff, a state prisoner, filed this pro se civil rights action under 42 U.S.C. § 1983.  On that same date, the Clerk of the Court sent Plaintiff a notice directing him to pay the filing fee or to file a completed in forma pauperis (IFP) application. Plaintiff filed a completed IFP application and a copy of his Certificate of Funds; however, Plaintiff did not file a copy of his prisoner trust account statement.

Ordinarily, a plaintiff is permitted to file a civil action in federal court without prepayment of fees or security if he submits an affidavit that he is unable to pay such fees or give security therefor.  See 28 U.S.C. § 1915(a).  If the plaintiff is a prisoner who alleges that he is unable to pay the full filing fee at the time of filing, he must submit: (1) an affidavit that includes a statement of all assets he possesses, and (2) a certified copy of the trust fund account statement for the prisoner for the six-month period immediately preceding the filing of the action, obtained from the appropriate official of each prison at which the prisoner is or was confined.  See id. § 1915(a)(1), (2).  If the court determines that the plaintiff is unable to pay the full filing fee

**United States District Court**
For the Northern District of California

1  at the time of filing, the plaintiff will be granted leave to
2  proceed IFP.  This means that the filing fee must be paid by way of
3  an installment plan, according to which the court first will assess
4  and collect a partial filing fee from the prisoner, and then the
5  prisoner will be required to make monthly payments of twenty
6  percent of the preceding month's income credited to the prisoner's
7  account until the full $350.00 filing fee is paid.  Id.
8  § 1915(b)(1).  The agency having custody of the prisoner is
9  responsible for forwarding to the court payments from the
10 prisoner's account each time the amount in the account exceeds ten
11 dollars.  See id.   Therefore, before the Court will proceed to
12 review the complaint Plaintiff is hereby ORDERED to file a copy of
13 his prisoner trust account statement.  Plaintiff shall do so within
14 thirty (30) days of the date of this Order.

   Failure to file a copy of Plaintiff's prisoner trust account statement as ordered herein by the thirty-day deadline shall result in the dismissal of this action without prejudice.

   IT IS SO ORDERED.

Dated: 6/12/09

*Claudia Wilken*
_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DONALD D. CONLEY,

        Plaintiff,

v.

US PROBATION OFFICER JARROD R. KENNELLY et al,

        Defendant.

Case Number: CV09-00836 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 12, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald D. Conley UL0497
Federal Reg. No. 20407-148
Glenn Dyer Jail
550 6th Street
Oakland, CA 94607

Dated: June 12, 2009

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk