**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD D. CONLEY,

    Plaintiff,

  v.

JARROD R. KENNELLY,

    Defendant.
_____/

No. C 09-00836 CW (PR)

ORDER OF DISMISSAL WITHOUT PREJUDICE

    Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983.  On July 13, 2009, mail directed to Plaintiff by the Court was returned to the Clerk of the Court with a notation that it was undeliverable.  To date, Plaintiff has not updated his address with the Court or submitted any further pleadings in this case.

    Pursuant to Northern District Local Rule 3-11 a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address.  See L.R. 3-11(a).  The court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and

1  (2) the court fails to receive within sixty days of this return a
2  written communication from the pro se party indicating a current
3  address.  See L.R. 3-11(b).
4      More than sixty days have passed since the mail directed to
5  Plaintiff by the Court was returned as undeliverable.  The Court
6  has not received a notice from Plaintiff of a new address.
7  Accordingly, the complaint is DISMISSED without prejudice pursuant
8  to Rule 3-11 of the Northern District Local Rules.
9      The Clerk of the Court shall enter judgment in accordance with
10 this Order, terminate all pending motions, and close the file.
11     IT IS SO ORDERED.
12 Dated: September 23, 2009
                              _____
13                            CLAUDIA WILKEN
                              UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DONALD D. CONLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>JARROD R. KENNELLY et al,<br><br>    Defendant.<br>_____ / | Case Number: CV09-00836 CW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 23, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald D. Conley UL0497
Federal Reg. No. 20407-148
Glenn Dyer Jail
550 6th Street
Oakland, CA 94607

Dated: September 23, 2009

Richard W. Wieking, Clerk
By: Clara Pierce, Deputy Clerk